NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSAL ELECTRONICS, INC.,**
*Plaintiff-Appellee*

**v.**

**UNIVERSAL REMOTE CONTROL, INC.,**
*Defendant-Appellant*

---

2015-1410, 2015-1561, 2016-1055

---

Appeals from the United States District Court for the Central District of California in No. 8:12-cv-00329-AG-JPR, Judge Andrew J. Guilford.

---

## JUDGMENT

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for plaintiff-appellee. Also represented by MARK A. FINKELSTEIN, JACLYN STAHL, Irvine, CA; SHERYL HOKE LOVE, THOMAS R. GOOTS, DAVID B. COCHRAN, Cleveland, OH.

PETER H. KANG, Sidley Austin LLP, Palo Alto, CA, argued for defendant-appellant. Also represented by CONSTANTINE L. TRELA, JR., Chicago, IL; THEODORE WHITLEY CHANDLER, Los Angeles, CA; ANNA MAYERGOYZ

WEINBERG, Washington, DC; TEAGUE I. DONAHEY, Holland & Hart LLP, Boise, ID; DOUGLAS A. MIRO, Ostrolenk Faber LLP, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and CHEN, *Circuit Judges*).
### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| October 17, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |